United States District Court
Southern District of Texas

**ENTERED**

April 20, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIM. NO. 7:20-CR-240-4** |
| | § | |
| **JOSE LUIS GARCIA** | § | **ANCILLARY PHASE** |

## ORDER ON UNITED STATES' MOTION TO DISMISS

Pending before the Court is the *United States' Motion to Dismiss Petition*, which requests this Court to dismiss the petition submitted by Sandy Villarreal Garcia as to four properties located at: (1) 3147 Mesquite Country Ln, Rio Grande City, TX; (2) 2512 S. C St., McAllen, TX; (3) 3396 W. US Hwy. 83, Rio Grande City, TX; and (4) 39 Alegria Circle, Rio Grande City, TX. (DE 417). The United States has alleged that Ms. Garcia's petition fails to comply with 21 U.S.C. § 853(n)(3) and that she has failed to participate in discovery or otherwise respond to the United States' attempts to contact her. Having considered the motion and the filings in the case, the Court GRANTS the motion, granting Dkt. No. 508.

IT IS THEREFORE, ORDERED that the petition submitted filed by Ms. Garcia (DE 417) is DISMISSED for failure to comply with the statutory requirements of 21 U.S.C. § 853(n)(3) and for failure to participate in discovery. Ms. Garcia is instructed that, should she wish to file a valid claim in this ancillary proceeding, she shall file a petition that comports with § 853(n)(3)'s requirements within 30 days. Failure to file a valid petition within that time may result in a default of her claim and this Court granting a Motion for Final Order of Forfeiture upon submission of such a motion by the Government. Should Ms. Garcia file a petition comporting with the statutory requirements, she will be required to respond to the discovery requests of the United States.

SO ORDERED April 20, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge